AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 4:24-CV-04003

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* DialPad, Inc.
on *(date)* 4/29/2025.

☒ I served the subpoena by delivering a copy to the named person as follows: Per Rule 45(b)(1), via Certified Mail, Restricted Delivery (see green card), and Rule 4(e)(a) and Pa. R.C.P. 234.2
on *(date)* 5/2/2025 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 6/15/2025

*Server's signature*

Andrew Roman Perrong, Esq.
*Printed name and title*

2657 Mount Carmel Avenue, Glenside, PA 19038
*Server's address*

Additional information regarding attempted service, etc.:

Print    Save As...    Add Attachment    Reset

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Terri L. McEntee_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): TERRI L MCENTEE    C. Date of Delivery: 5/2/25 |
| 1. Article Addressed to:<br><br>DialPad, Inc.<br>c/o Cogency Global Inc.<br>600 North Second Street<br>Harrisburg, PA 17101 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| \|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|<br>9590 9402 5593 9274 2707 97 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☑ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>9414 8118 9876 5441 0780 46 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053    24-4003 | Domestic Return Receipt |



USPS TRACKING #

HARRISBURG PA 171
2 MAY 2025 PM 2 L

9590 9402 5593 9274 2707 97

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

24-4003

PERRONG LAW LLC
2657 MOUNT CARMEL AVE
GLENSIDE PA 19038-2911

• Sender: Please print your name, address, and ZIP+4® in this box•