**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| PETER WILSON, on behalf of himself and others similarly situated, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Misc. Case No. 2:25-mc-34 |
| | : | |
| DIALPAD, INC. | : | |
| | : | |
| Non-Party Subpoena Recipient. | : | |
| PETER WILSON, on behalf of himself and others similarly situated, | : | Underlying Action Pending in the U.S. Southern District of Texas |
| | : | |
| Plaintiff | : | |
| | : | Case No. 4:24-CV-04003 |
| v. | : | |
| | : | |
| TEXONA MARKETING LLC D/B/A COLLINS GHOSTWRITING | : | |
| | : | |
| Defendant. | : | |

**[PROPOSED ORDER GRANTING]**
**Plaintiff Peter Wilson's Motion to Compel**
**Production of Documents Pursuant to Rule 45 Subpoena**

AND NOW, this _____ day of _____, 202_____, it is hereby ORDERED that the Plaintiff's Motion to Compel is GRANTED. Third Party DialPad, Inc. shall provide complete responses and documents to the Plaintiff's Rule 45 Subpoena within 14 days of this Order.

*BY THE COURT:*

_____
, J.