# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PETER WILSON, on behalf of himself and others similarly situated, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Misc. Case No. 2:25-mc-34 |
| | : | |
| DIALPAD, INC. | : | |
| | : | |
| Non-Party Subpoena Recipient. | : | |
| PETER WILSON, on behalf of himself and others similarly situated, | : | Underlying Action Pending in the U.S. Southern District of Texas |
| | : | |
| Plaintiff | : | |
| | : | Case No. 4:24-CV-04003 |
| v. | : | |
| | : | |
| TEXONA MARKETING LLC D/B/A COLLINS GHOSTWRITING | : | |
| | : | |
| Defendant. | : | |

## ORDER GRANTING
### Plaintiff Peter Wilson's Motion to Compel
### Production of Documents Pursuant to Rule 45 Subpoena

**AND NOW,** this 17th day of July, 2025, it is hereby **ORDERED** that the Plaintiff's Motion to Compel is **GRANTED** as unoposed/uncontested. Third Party DialPad, Inc. shall provide complete responses and documents to the Plaintiff's Rule 45 Subpoena within 14 days of this Order.

It is further **ORDERED** that the Clerk of Court shall mark this matter closed.

*BY THE COURT:*

  /s/ John Milton Younge
Judge John Milton Younge